SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br>John Otto, et al,<br><br><br><br>    Defendants | Case No.: CIV.S 09-cv-02098-JAM-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JOHN OTTO AND ORDER**<br><br>Complaint Filed: JULY 30, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (John Otto) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant. Defendant (John Otto) is dismissed because this Defendant is deceased.

Dated: September 14, 2009         /s/Scott N. Johnson_____
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                  CIV: S-09-02098-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated: September 14, 2009                    /s/ John A. Mendez
                                                U. S. DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-02098-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com